## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LONDON DIVISION

| | |
|---|---|
| RAY COUCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 6:17-cv-00021-GFVT |
| MIDLAND FUNDING, LLC, MIDLAND ) | |
| FUNDING NCC-2 CORP., ) | |
| ) | |
| Defendants. ) | |

### JOINT NOTICE OF SETTLEMENT

**COME NOW** plaintiff Ray Couch ("Plaintiff") and defendants Midland Funding, LLC ("Midland Funding") and Midland Funding NCC-2 Corp. (hereinafter collectively referred to as "the parties"), by and through their undersigned counsel, and hereby notify the Court that a tentative settlement agreement has been reached between the parties. The parties are presently drafting, finalizing, and executing the settlement and dismissal documents. The parties request forty-five (45) days to finalize the settlement documents and to file a stipulation of dismissal with the Court.

Respectfully submitted this the 29th day of March, 2017,

*/s/ James H. Lawson* (with permission)
James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 4
Louisville, KY 40207
Telephone: (502) 371-2179
Email: jmckenzie@jmckenzielaw.com

29405366 v1

2

        James H. Lawson
        *Lawson at Law, PLLC*
        115 Sherrin Avenue, Unit #4
        Louisville, KY 40207
        Phone: (502) 473-6525
        Email: james@kyclc.com

        Attorneys for Plaintiff
        RAY COUCH


        */s/ Reid S. Manley*
        Reid S. Manley
        Kentucky Bar No. 90360
        BURR & FORMAN LLP
        420 North 20th Street, Suite 3400
        Birmingham, Alabama  35203
        Telephone: (205) 251-3000
        Facsimile: (205) 458-5100
        Email: rmanley@burr.com

        Attorney for Defendants
        MIDLAND FUNDING, LLC AND MIDLAND
        FUNDING NCC-2 CORP.