UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| RAY COUCH, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 6:17-cv-21-GFVT |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MIDLAND FUNDING, LLC, MIDLAND FUNDING NCC-2 CORP., | ) ) | |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

This matter is before the Court upon the Joint Notice of Settlement filed by both parties. [R. 7.] The parties indicate a tentative settlement agreement has been reached and that formal dismissal documents will follow when a final agreement has been consummated. [*Id.*]

Accordingly, it is hereby **ORDERED** that:

1. The parties are **DIRECTED** to file an Agreed Order dismissing this case within **forty-five (45) days** from the entry of this Order;

2. The remaining pending motions are **DENIED** as **MOOT [R. 4; R. 6]**; and

3. Should the parties fail to reach a final settlement agreement, the Court will entertain a motion to return the case to the Court's active docket.

This the 10th day of April, 2017.

Gregory F. Van Tatenhove
United States District Judge